IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBBE B. MILLER,

          Petitioner,

  v.                                                       ORDER

RANDALL HEPP, C. TAYLOR, DR. ADLER,          08-cv-62-jcs
TAMMY MAASEN, JODI DOUGHERTY, YOLANDA
ST. GERMAINE, DAVID BURNETT, SHARON
ZUNKER. JAMES GREER and KAREN GOULIE,

          Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Because Judge Shabaz will be convalescing from shoulder surgery for a period of not less than sixty days beginning February 1, 2008, I have assumed administration of the cases previously assigned to him, including this one.

      Petitioner was to submit his initial partial payment of $23.52 not later than February 20, 2008. He has not submitted his payment and his case will be dismissed for failure to prosecute.

ORDER

IT IS ORDERED that the above entitled matter is DISMISSED without prejudice.

Entered this 28th day of February, 2008.

BY THE COURT:

\_\_\_\_\_/s/_____
BARBARA B. CRABB
District Judge