# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

ROBBE B. MILLER ,

    Petitioner,

v.

RANDALL HEPP, C. TAYLOR, DR. ADLER, TAMMY MAASEN, JODI DOUGHERTY, YOLANDA ST. GERMAINE, DAVID BURNETT, SHARON ZUNKER, JAMES GREER and KAREN GOULIE,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-062-jcs

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ Melissa Hardin
_____
by Deputy Clerk

_____2/29/08_____
_____
Date