# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

ROBBE B. MILLER,

        Plaintiff,

    v.

WISCONSIN DEPARTMENT OF CORRECTIONS,
DR. KENNETH ADLER, TAMMY MAASEN, DAVID
BURNETT, SHARON ZUNKER and JAMES GREER,

        Defendants.

## JUDGMENT IN A CIVIL CASE

### Case No.: 08-cv-062-bbc

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is dismissed against defendants with prejudice.**


PETER OPPENEER

_____
**Peter Oppeneer, Clerk**

**/s/ M. Hardin**

_____
**by Deputy Clerk**

           _____**3/16/09**_____
                  **Date**